· AO 451  (Rev.12/93)  Certification of Judgm

# UNITED STATES DISTRICT COURT

**SOUTHERN** _____   DISTRICT OF   _____ **CALIFORNIA**

**J. MICHAEL SCHAEFER**

V.

**ROBBINS & KEEHN, APC**

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:    **06cv821 JLS (BLM)**

I, _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action   **July 31, 2008** , as it

Date

appears in the records of this court, and that

**An appeal was taken from this Judgment, and no stay of enforcement has been requested
or issued.**

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

_____
Date

**W. SAMUEL HAMRICK, JR.**

_____
Clerk

_____
(By) Deputy Clerk    J. HATHAWAY

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal
Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a)
of the Federal Rules of Appellate Procedure (•) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an
appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from
this judgment and the appeal was dismissed by order entered on [date]."

(• Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings
of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

J Michael Schaefer

### V.

Robbins & Keehn, APC

### JUDGMENT IN A CIVIL CASE

**CASE NUMBER:** 06cv821 JLS (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment is entered for the defendant with respect to plaintiff's complaint, and for counterclaimant on its claim for account stated. The judgment shall be effective 7/31/08. The judgment for Robbins & Keehn on the cross-complaint shall include the following: $54,554.57 of unpaid principal; $27,523.78 of prejudgment interest through July 7, 2008; and daily prejudgment interest in the amount of $14.98 per day, running from 7/8/08 through 7/31/08.

| July 31, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Zvers

(By) Deputy Clerk

ENTERED ON July 31, 2008

08cv821 JLS (BLM)