# KEEHN & ASSOCIATES

RECEIVED
ENTERED    SERVED ON
OF RECORD

402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

www.keehnlaw.com

PHONE: (619) 400-2200
FACSIMILE: (619) 400-2201

2009 FEB 26 P 2: 51

February 24, 2009

US     COURT
RICT OF NEVADA

## - VIA PRIORITY MAIL -

DEPUTY

Clerk, United States District Court
District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

2:09-ms-00014-NA

Re:    *J. Michael Schaefer v. Robbins & Keehn, APC*, U.S. District Court, Southern
District of California, Case No. 06cv821 JLS (BLM)
Request for Registration of Judgment from Another District

Dear Clerk of the Court:

Please find enclosed a certified copy of the "Certification of Judgment for Registration in Another District", certifying the "Judgment in a Civil Case" entered on July 31, 2008, in the above-referenced case before the United States District Court for the Southern District of California (the "Judgment").

Please let this letter serve as our request that the Judgment be registered with the United States District Court for the District of Nevada. Please find enclosed Check No. 2814, made payable to the United States District Court in the amount of $39.00, as payment for the applicable filing fee. Please register the Judgment at your earliest opportunity.

Once the Judgment has been registered, please provide us with a *certified copy* of the newly registered judgment. Check No. 2815, made payable to the United States District Court in an amount not to exceed $50.00, is also enclosed as payment for the applicable certification fee. Once you have certified a copy of the newly registered judgment, please mail it to our office, along with a receipt for the certification fee. A self-addressed, pre-paid, Priority Mail envelope is enclosed for that purpose.

If you have any questions or comments pertaining to the foregoing, or any other aspect of this matter, please contact me at your convenience.

Very truly yours,
**KEEHN & ASSOCIATES, APC**

Cynthia K. Lay
Paralegal

:ckl
Enclosures
11643 1/3629.105

UNITED STATES
U.S. District Court
District of Nevada
Southern Division

# 00112860 - JG
February 26, 2009

Code    Case #    Qty    Amount

MISC. CA                  1 @    39.00
                                 39.00 CK
CERTIFIE                  1 @    9.00
                                 9.00 CK
COPIES C                  2 @    0.10
                                 0.20 CK


TOTAL→                            48.20


FROM: KEEHN & ASSOC
      402 WEST BROADWAY, SUITE 1210
      SD, CA  92101